UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

CASE NO.: 21-cv-21443-KMW

RICHARD WEST,

    *Plaintiff*,

vs.

NCL (BAHAMAS) LTD,
a Bermuda company d/b/a
NORWEGIAN CRUISE LINE

    *Defendant*.
_____/

## JOINT SCHEDULING REPORT

Plaintiff, RICHARD WEST, and Defendant, NCL (BAHAMAS) LTD. d/b/a NORWEGIAN CRUISE LINE ("NCL"), by and through their respective undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure, Local Rules for the United States District Court for the Southern District of Florida, and this Honorable Court's Order [DE 5], hereby file their Joint Scheduling Report as follows:

**A. A discussion of the likelihood of settlement**

As this case is in the early stages, the parties have not yet engaged in settlement discussions. However, the parties will endeavor to resolve this matter as expeditiously as possible.

**B. A discussion of the likelihood of appearance in the action of additional parties**

At this time, the parties do not anticipate that there will be any need for additional parties to be added. However, should the need arise, the parties will file an appropriate motion prior to the deadline set forth in the Joint Proposed Scheduling Order, attached hereto as Exhibit "A."

C. **A discussion on proposed limits on the time**

*See* Exhibit A.

D. **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment**

The parties will have ongoing discussions throughout the litigation in an attempt to simplify the issues in this case including by and through use of requests for admissions or stipulations. The parties will file their respective motions for summary judgment, if appropriate, by the deadline set forth in Exhibit A.

E. **The necessity or desirability of amendments to the pleadings**

At this time, the parties do not anticipate the need for any amendments of the pleadings. However, should the need arise, the parties will file an appropriate motion prior to the deadline set forth in Exhibit A.

F. **The possibility of obtaining admissions of fact and document, electronically stored information or things which will avoid unnecessary proof, stipulations regarding the authenticity of documents, electronically stored information or other things, and the need for advance rulings from the Court on the admissibility of evidence**

The parties will work together to discuss admissions of fact and documents to avoid unnecessary proof and will confer regarding same prior to filing the pretrial stipulation.

G. **Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

The parties will confer in an effort to come to agreements to avoid unnecessary proof and cumulative evidence prior to filing the pretrial stipulation.

H. **Suggestions on the advisability of referring matters to a magistrate judge or master**

At this time, the parties do not agree to the referral of any matters to a Magistrate Judge and reserve their rights to appeal to the District Court any matters not referred by agreement.

CASE NO.: 21-cv-21443-KMW

I. **A preliminary estimate of the time required for trial**

At this time, the parties believe the time required for trial will be 3-5 days.

J. **Requested date or dates for conferences before trial, a final pretrial conference, and trial**

*See* Exhibit A.

K. **Any issues about: (i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and (iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist**

At this time, the parties do not anticipate any issues with the production of ESI.

L. **Any other information that might be helpful to the Court in setting the case for status or pretrial conference**

None at this time.

Dated: September 1, 2021
Miami, Florida

Respectfully Submitted,

| | |
|---|---|
| */s/Rachael M. Fagenson, Esq.* | */s/David Markel, Esq.* |
| Rachael M. Fagenson, Esq. | David Markel, Esq. |
| Fla. Bar. No. 91868 | Nicholas I. Gerson, Esq. |
| NORWEGIAN CRUISE LINE | GERSON & SCHWARTZ, P.A. |
| 7665 Corporate Center Drive | 1980 Coral Way |
| Miami, FL 33126 | Miami, FL 33145 |
| Telephone: (305) 436-4377 | Telephone: (305) 371-6000 |
| Facsimile: (305) 468-2132 | Facsimile: (305) 371-5749 |
| rfagenson@ncl.com | ngerson@gslawusa.com |
| jjara@ncl.com | dmarkel@gslawusa.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 1st day of September 2021 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Rachael M. Fagenson*
**Rachael M. Fagenson, Esq.**

## SERVICE LIST

*Richard West vs. NCL (Bahamas) Ltd.*
CASE NO.: 21-cv-21443-KMW
United States District Court for the Southern District of Florida

| | |
|---|---|
| Rachael M. Fagenson, Esq. | Nicholas I. Gerson, Esq. |
| NORWEGIAN CRUISE LINE | David Markel, Esq. |
| 7665 Corporate Center Drive | GERSON & SCHWARTZ, P.A. |
| Miami, FL 33126 | 1980 Coral Way |
| Telephone:    (305) 436-4377 | Miami, FL 33145 |
| Facsimile:    (305) 468-2132 | Telephone:    (305) 371-6000 |
| rfagenson@ncl.com | Facsimile:    (305) 371-5749 |
| jjara@ncl.com | ngerson@gslawusa.com |
| *Attorneys for Defendant* | dmarkel@gslawusa.com |
| | *Attorneys for Plaintiff* |