UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

CASE NO.: 21-cv-21443-KMW

RICHARD WEST,

    *Plaintiff*,

vs.

NCL (BAHAMAS) LTD,
a Bermuda company d/b/a
NORWEGIAN CRUISE LINE

    *Defendant*.

_____/

## ATTACHMENT A
## SCHEDULE JOINTLY PROPOSED BY THE PARTIES

**THIS MATTER** is set for trial during the Court's two- week trial calendar beginning on **September 5, 2022**. The Parties propose to adhere to the following schedule:

| Date | Action |
|---|---|
| **October 1, 2021** | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| **October 22, 2021** | The Parties shall file motions to amend pleadings or join Parties. |
| **March 18, 2022** | The Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by |
| **March 18, 2022** | The Defendant(s) disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by |
| **April 6, 2022** | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| **April 22, 2022** | The Parties shall complete all discovery, including expert discovery. |

| | |
|---|---|
| **February 4, 2022** | The Parties shall complete mediation ad file a mediation report with the Court. |
| **May 6, 2022** | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Fed. R. Evid. 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), or any other basis. |
| **July 8, 2022** | The Parties shall each file one motion in limine. All motions in limie must be filed at least six (6) weeks before calendar call. |
| **August 5, 2022** | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions and a prposed verdict form, or statement of fact and conclusions of law (for non-jury trials). |
| **August 12, 2022** | The Parties shall submit their deposition designations. |

BY: _Rachael M. Fagenson, Esq._  BY: _David Markel, Esq._
     Attorney for Defendant       Attorney for Plaintiff